JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 294 -- IN RE ADAMS-PUROLATOR LITIGATION

| Date | No. Code | |
|------|----------|---|
| 1/5/77 | 1 | MOTION, BRIEF, CERT. OF SERVICE, SCHEDULE OF CASES, EXHIBITS A, B, C, D, E, of PUROLATOR, INC. |
| | | SUGGESTED TRANSFEREE DISTRICT -- DISTRICT OF NEW JERSEY |
| 1/14/77 | | APPEARANCES -- Thomas McGanney for Purolator, Inc., James Lightburn, Paul Cameron, Henry Hufnagel, W. Thomas Margetts and Warren Tyler |
| | | R. Thomas Farrar for Lawrence J. Adams and Rudolph M. Spierto |
| | | David J. Goss for Bruce C. Oliver and Petro Chemical Procucts, Inc. |
| | | Carey A. Randall for Denis McInerney |
| 1/17/77 | | REQUEST FOR EXTENSION -- COUNSEL FOR LAWRENCE J. ADAMS AND RUDOLPH SPIERO GRANTED TO JAN. 31, 1977 |
| 2/2/77 | | HEARING ORDER FILED -- Setting A-1 through A-4 for Hearing -- Feb. 25, 1977 -- New Orleans, La. |
| 2/8/77 | | STIPULATION -- ALL PARTIES -- Postponement of Hearing -- Extension of time |
| 2/8/77 | | ORDER -- VACATING hearing and GRANTING EXTENSION to Feb. 28, 1977 to ALL Parties to file a response |
| 3/29/77 | | Letter from Movant enclosing stipulation and dismissals or discontinuance for A-1, A-2 and A-4 requesting Withdrawal of Motion |
| 3/29/77 | | ORDER -- Deeming Motion Withdrawn |

DOCKET NO. __294__ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: __IN RE ADAMS-PUROLATOR LITIGATION__

## Summary of Panel Actions

Date(s) of Hearing(s) _____

Consolidation Ordered _____   Consolidation Denied _March 29, 1977_

Opinion and/or Order _____

Citation _____

Transferee District _____   Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Purolator, Inc. v. Lawrence J. Adams and Petro Chemical Products, Inc. | D. N.J. Whipple | 75-2125 L.A.W. | | | | |
| A-2 | Lawrence J. Adams v. Purolator, Inc. and Denis McInerney, d/b/a Cahill, Gordon & Reindel | M.D.Fla. Scott | 76-141-Civ-J-T | | | | |
| A-3 | Lawrence J. Adams, et al. v. Purolator Inc., et al. | S.D.Fla. Aronovitz | 76-2051-Civ-SMA | | | | |
| A-4 | Purolator, Inc. v. Lawrence J. Adams, | S.D.N.Y. Werker | 76 Civ. 5475 H.F.W. | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 294 -- IN RE ADAMS-PUROLATOR LITIGATION

PUROLATOR, INC.
JAMES LIGHTBURN
PAUL CAMERON
HENRY HUFNAGEL
W. THOMAS MARGETTS
WARREN TYLER
Thomas McGanney, Esquire
White & Case
14 Wall Street
New York, New York   10005

LAWRENCE J. ADAMS
RUDOLPH M. SPIERTO
R. Thomas Farrar, Esquire
Sames, Anderson, Post & Ward, P.A.
7th Floor, Concord Building
66 West Flagler Street
Miami, Florida   33130

PETRO CHEMICAL PRODUCTS, INC.
BRUCE C. OLIVER
David J. Goss, Esquire
Lichtenberg & Goss, P.C.
61 Broadway
New York, New York   10026

DENIS McINERNEY
Carey A. Randall, Esquire
Walton, Lantaff, Schroeder & Carson
900 Alfred I. duPont Building
Miami, Florida   33131

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 294 -- IN RE ADAMS-PUROLATOR LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| LAWRENCE J. ADAMS | A-1  A-4 |
| PETRO CHEMICAL PRODUCTS, INC. | A-1 |
| PUROLATOR, INC. | A-2  A-3 |
| DENIS MCINEREY d/b/a Cahill, Gordon, & Reindel | A-2 |
| PAUL CAMERON | A-3 |
| JAMES LIGHTBURN | A-3 |
| HENRY HUFNAGEL | A-3 |
| W. THOMAS MARGETTS | A-3 |
| WARREN TYLER | A-3 |
|  |  |
|  |  |