DOCKET NO. 294

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ADAMS-PUROLATOR LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR 29 1977

PATRICIA D. HOWARD
CLERK OF THE PANEL

ORDER DEEMING MOTION WITHDRAWN

It appearing that the actions listed on the attached Schedule A have been dismissed pursuant to stipulation of the parties and that the movant has consequently withdrawn its motion for transfer pursuant to 28 U.S.C. §1407,

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for transfer of the actions listed on the attached Schedule A to the District of New Jersey for coordinated or consolidated pretrial proceedings be, and the same hereby is, DEEMED WITHDRAWN.

FOR THE PANEL:

John Minor Wisdom

3/29/77

SCHEDULE A                                                                                      DOCKET NO. 294

### DISTRICT OF NEW JERSEY

Purolator, Inc. v. Lawrence J. Adams and Petro Chemical Products, Inc.    Civil Action No. 75-2125-LAW

### MIDDLE DISTRICT OF FLORIDA

Lawrence J. Adams v. Purolator, Inc. and Denis McInerney, d/b/a Cahill, Gordon & Reindel    Civil Action No. 76-141-Civ-J-T

### SOUTHERN DISTRICT OF FLORIDA

Lawrence J. Adams, et al. v. Purolator Inc., et al.    Civil Action No. 76-2051-Civ-SMA

### SOUTHERN DISTRICT OF NEW YORK

Purolator, Inc. v. Lawrence J. Adams    Civil Action No. 76 Civ 5475 HFW